KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6925
Facsimile: (415) 436-6748
Email: Sara.Winslow@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMOEUN CHHUON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ALBERTO GONZALES,<br>Attorney General of the United States, et al.,<br><br>　　　　　Respondents. | No. C 04-00581 MJJ<br><br>**STIPULATION AND [PROPOSED]<br>ORDER** |

Subject to the Court's approval, the parties, through their undersigned counsel of record, hereby agree and stipulate as follows:

1. On April 29, 2004, this Court issued an order denying the petition for a writ of habeas corpus in the above-captioned case.

2. On October 6, 2005, the United States Court of Appeals for the Ninth Circuit reversed the judgment of this Court with instructions to remand the case to the Board of Immigration Appeals (BIA) for further proceedings consistent with the Ninth Circuit's disposition.

3. The Ninth Circuit's judgment and memorandum opinion was filed in this Court on December 6, 2005 (Dkt. No. 25). The Clerk's letter spreading the mandate was filed on December 14, 2005 (Dkt. No. 26).

STIPULATION
C 04-00581 MJJ

4. In accordance with the Ninth Circuit's opinion, the parties hereby submit the following proposed order remanding this case to the BIA.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

Dated: February 1́́, 2006

SARA WINSLOW
Assistant United States Attorney
Attorneys for Respondents

Dated: February 13, 2006

BERNADETTE W. CONNOLLY
Attorney for Petitioner Samoeun Chhuon

### [PROPOSED] ORDER

This case is hereby remanded to the Board of Immigration Appeals for further proceedings consistent with the October 6, 2005 disposition of the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated: 2/16/2006

HON. MARTIN J. JENKINS
United States District Judge

STIPULATION
C 04-00581 MJJ

2